IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DONNELL MILLER**                                                            **PLAINTIFF**

v.                                                  **CAUSE NO. 1:23CV61-LG-RPM**

**HARRISON COUNTY**                                         **DEFENDANT**

## FINAL JUDGMENT

**THIS MATTER IS BEFORE THE COURT** upon submission of the [18] Report and Recommendation entered by United States Magistrate Judge Robert P. Myers, Jr.  The Court has adopted the Report and Recommendation as the opinion of this Court.  Plaintiff Donnell Miller's Complaint is dismissed for failure to prosecute.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this lawsuit is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**SO ORDERED AND ADJUDGED** this the 11th day of January, 2024.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge